UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  05 CV 3302 (NG) (LB)
ROBERT PIETRI,

            **Plaintiff,**

  -against-                             **ORDER**

NEW YORK STATE OFFICE OF COURT
ADMINISTRATION,

            **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

    In light of plaintiff's request to withdraw from the case, made by letter dated March 23, 2006 to Magistrate Judge Bloom, this action is dismissed without prejudice.

                                        **SO ORDERED.**

                                        /S/
                                    **NINA GERSHON**
                                    **United States District Judge**

Dated: Brooklyn, New York
        March 31, 2006